IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZULEYKHA MANSURI, <br> Plaintiff, <br><br> v. <br><br> PCRK SERVICES COMPANY LLC and ASHLEY LOPARO, <br> Defendants. | § § § § § § § § § | No. 3:25-CV-1240-X-BW |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** Plaintiff's motion for voluntary dismissal under Fed. R. Civ. P. 41(a)(2).

**SO ORDERED** this 22nd day of August, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE